**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
JEANETTE SMITH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SMITH,<br><br>                    Plaintiff,<br><br>          vs.<br><br><br>CAPITAL ONE BANK, N.A.,<br><br>                    Defendant(s), | Case No.: 2:18-cv-05755-SVW-AFM<br><br>**NOTICE OF SETTLEMENT** |

- 1 -

NOW COMES Plaintiff, JEANETTE SMITH, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* stipulation of dismissal, with prejudice, within sixty (60) days.

RESPECTFULLY SUBMITTED,

Dated: September 18, 2018       **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendant's counsel of record by way of the *CM/ECF*.

By:  /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.

NOTICE OF SETTLEMENT