UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.,<br><br>    Defendant(s). | Case No.: 2:18-cv-05755-SVW-AFM<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

## ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 9, 2018

By: _____

Stephen V. Wilson

United States District Judge

- 1 -

PROPOSED ORDER